UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                CRIMINAL NO. 3:13CR00137-001

BOBBIE L. COOPER

    Defendant.

### ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

A show cause hearing was held on October 20, 2016 regarding the Defendant's efforts, while on supervision, to pay restitution. In an effort to determine the Defendant's compliance with the Order entered October 26, 2016, the Defendant shall appear before the Court for an additional show cause hearing.

It is therefore ORDERED that the Defendant, Bobbie L. Cooper, appear at the United States Bankruptcy Courthouse, Courtroom 2, 703 Highway 145 North, Aberdeen, Mississippi, on **Wednesday, November 29, 2017 at 2:30 P.M.**

This the 8TH day of November, 2017.

_Sharion Aycock_
CHIEF UNITED STATES DISTRICT JUDGE